| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) CONRAD, GLEN E. | 2. Court or Organization US DISTRICT COURT | 3. Date of Report 07/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 210 FRANKLIN RD - ROOM 206 P O BOX 2822 ROANOKE, VA 24001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College of William and Mary School of Law | February 17-18, 2012 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. Accenture PLC CS | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 7. ACCO Brands Corp. CS | A | Dividend | | | Spinoff (from line 55) | 05/01/12 | J | | |
| 8. | | | | | Sold | 05/30/12 | J | A | |
| 9. ADT Corp. CS | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 10. Allstate Corp. CS | A | Dividend | J | T | Buy | 09/12/12 | J | | |
| 11. Ansys, Inc. CS | A | Dividend | | | Sold | 07/11/12 | J | A | |
| 12. American Electric Power CS | B | Dividend | K | T | | | | | |
| 13. AT&T Corp. CS | B | Dividend | K | T | | | | | |
| 14. Ball Corp. | A | Dividend | J | T | Buy | 11/29/12 | J | | |
| 15. Bed Bath & Beyond, Inc. CS | A | Dividend | | | Sold | 03/01/12 | J | A | |
| 16. Bristol Myers Squibb Co. CS | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 17. Celgene Corp. CS | A | Dividend | | | Sold | 06/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Century Link CS | A | Dividend | J | T | | | | | |
| 19. Coca-Cola Company CS | A | Dividend | J | T | | | | | |
| 20. Coinstar, Inc. CS | A | Dividend | | | Buy | 06/13/12 | J | | |
| 21. | A | Dividend | | | Sold | 10/17/12 | J | A | |
| 22. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 23. Conoco Phillips Corp. CS | B | Dividend | L | T | | | | | |
| 24. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 25. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 26. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 27. CVS Caremark Corp., CS | A | Dividend | J | T | Buy | 06/21/12 | J | | |
| 28. Darden Restaurants, Inc. CS | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 29. Disney Walt Co., CS | A | Dividend | K | T | Buy | 09/14/12 | J | | |
| 30. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 31. Duke Energy Corp. CS | A | Dividend | J | T | | | | | |
| 32. Equifax, Inc. CS | A | Dividend | K | T | Buy | 12/07/12 | K | | |
| 33. Express Scripts CS | A | Dividend | J | T | Spinoff (from line 56) | 04/02/12 | J | | |
| 34. F5 Networks, Inc. CS | A | Dividend | | | Buy | 01/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/30/12 | J | A | |
| 36. Fairpoint (Verizon spin-off) CS | A | Dividend | J | T | | | | | |
| 37. Fedex Corp. CS | A | Dividend | | | Sold (part) | 01/14/12 | J | A | |
| 38. | | | | | Sold | 03/07/12 | J | A | |
| 39. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | K | T | | | | | |
| 40. Genesco, Inc. CS | A | Dividend | | | Sold | 06/21/12 | J | A | |
| 41. Wilmington Funds Municipal Bond Fund Class A(See Part VIII) | B | Dividend | M | T | | | | | |
| 42. Wilmington Funds Municipal Bond Fund Class A (See Part VIII) | B | Dividend | L | T | | | | | |
| 43. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 44. Frontier Communications CS | A | Dividend | J | T | | | | | |
| 45. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 46. Google, Inc. | A | Dividend | J | T | | | | | |
| 47. Halozyme Therapeutic CS | A | Dividend | M | T | Sold (part) | 06/25/12 | K | C | |
| 48. Herbalife Limited CS | A | Dividend | | | Buy | 03/01/12 | J | | |
| 49. | | | | | Sold | 05/03/12 | J | D | |
| 50. Honeywell Intl., Inc. CS | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 51. Hospira CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Intel Corp. CS | A | Dividend | | | Sold | 09/12/12 | J | A | |
| 53. | Market Vectors CS | A | Dividend | | | Sold | 02/08/12 | J | A | |
| 54. | Mattel, Inc. CS | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 55. | Meadwestvaco Corp. CS | A | Dividend | | | Sold | 08/08/12 | J | A | |
| 56. | MEDCO Health CS | A | Dividend | | | Closed | 04/02/12 | J | C | |
| 57. | Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 58. | JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 59. | Northrop Grumman Corp. CS | A | Dividend | | | Sold | 08/01/12 | J | A | |
| 60. | Nu Skin Enterprises, Inc. CS | A | Dividend | | | Sold | 05/02/12 | K | A | |
| 61. | Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 62. | Pentair Ltd. CS | A | Dividend | | | Open | 09/28/12 | J | | |
| 63. | | | | | | Sold | 10/24/12 | J | A | |
| 64. | Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 65. | Phillips 66 CS | A | Dividend | J | T | Spinoff (from line 23) | 04/30/12 | J | | |
| 66. | | | | | | Buy (add'l) | 06/20/12 | J | | |
| 67. | Rackspace, Inc. CS | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 68. | RGC Resources, Inc. CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 70. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 71. Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 72. Snap On, Inc. CS | A | Dividend | J | T | Buy | 08/30/12 | J | | |
| 73. Southern Company CS | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 74. Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 75. Telefonica SA CS | A | Dividend | | | Sold | 12/07/12 | J | A | |
| 76. The Travelers Companies CS | A | Dividend | J | T | | | | | |
| 77. Tyco International, Ltd. CS | A | Dividend | | | Merged (with line 62) | 09/28/12 | J | | |
| 78. Under Armour, Inc. CS | A | Dividend | | | Buy | 03/07/12 | J | | |
| 79. | | | | | Sold | 12/19/12 | J | A | |
| 80. Unilever CS | A | Dividend | | | Sold | 01/26/12 | J | A | |
| 81. Union Pacific Corp. CS | A | Dividend | J | T | Buy | 08/01/12 | J | | |
| 82. UnitedHealth Group, Inc. CS | A | Dividend | | | Buy | 06/07/12 | J | | |
| 83. | | | | | Sold | 09/14/12 | J | A | |
| 84. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 85. Vodafone Group PLC CS | A | Dividend | | | Sold | 10/18/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vulcan Materials Co. CS | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 87. Wells Fargo Bank (checking account)(See Part VIII) | A | Interest | L | T | | | | | |
| 88. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 89. Whole Foods Market, Inc. CS | A | Dividend | | | Sold | 11/29/12 | K | C | |
| 90. World Fuel Services Corp. CS | A | Dividend | | | Buy | 01/12/12 | J | | |
| 91. | | | | | Sold | 05/09/12 | J | A | |
| 92. Ziopharm Oncology, Inc. CS | A | Dividend | L | T | | | | | |
| 93. House, City of Radford, VA (see Part VIII) | | None | | | Sold | 06/11/12 | L | A | Frank & Ellen Taylor |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004

Part VII, Line 2 - appraisal date - September 1999

Part VII, Line 39 - First Opportunity Fund, formerly known as First Financial Fund Inc.

Part VII, Line 41 - as of March 31, 2012, MTB is now known as Wilmington Funds

Part VII, Line 42 - ▢▢▢▢ ▢▢▢▢▢▢▢ as of March 31, 2012, MTB is now known as Wilmington Funds

Part VII, Line 87 - ▢▢▢▢ ▢▢▢▢

Part VII, Line 93 - ▢▢▢▢ ownership with private party; inherited; assessed for 2011 real estate tax purposes at $92,000

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 07/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544